UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAININI TILE COMPANY, INC.,<br><br>    Defendant. | Civil Action No.<br>05-1051 (EGS) |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

  Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

  1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

  2. On July 7, 2005, service of the Summons and Complaint in this action was made upon Mainini Tile Company, Inc., by delivering said documents at 16624 Chesterfield Airport Road, St. Louis, Missouri to Peggy McElhone, Office Manager, authorized to accept service on behalf of Mainini Tile Company, Inc.

DSMDB.1964786.1

3. Proof of such service is provided by the declaration of process server, John McCarthy, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: *August 8, 2005*                              _____*C.M. Elmes*_____
                                                     Claudette M. Elmes