CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FLYNN, et al.,
    Plaintiffs,

vs.         Civil Action No. 05CV1051 (EGS)

MAININI TILE COMPANY INC.,
    Defendant

## AFFIDAVIT IN SUPPORT OF DEFAULT

  I hereby certify under penalty of perjury, this __8th__ day of __August__, __2005__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __MAININI TILE COMPANY, INC.__

was [were]: [personally served with process on __July 7, 2005__].
    OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____].

  I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

  The Clerk is requested to enter a Default against said defendant(s).

              _/s/ Ira R. Mitzner_
              Attorney for Plaintiff(s) [signature]
              Ira R. Mitzner
              Dickstein Shapiro Morin & Oshinsky LLP
184564           2101 L Street, NW, Washington DC 20037

Bar Id. Number       Address and Telephone Number
            (202) 785-9700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05–1051 (EGS) |
| MAININI TILE COMPANY, INC., | ) ) ) |
| Defendant. | ) ) |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esquire
> DICKSTEIN SHAPIRO MORIN
>  & OSHINSKY LLP
> 2101 L Street, N.W.
> Washington, D.C. 20037-1526
>
> Mainini Tile Company, Inc.
> 16624 Chesterfield Airport Road
> St. Louis, MO 63017