Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
    Plaintiff(s)

v.

Civil Action No. 05-1051 EGS

MAININI TILE COMPANY INC
    Defendant(s)

RE: MAININI TILE COMPANY INC

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 7/7/05 , and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of July, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
    Deputy Clerk