IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MAININI TILE COMPANY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1051<br>Judge: Emmet G. Sullivan |

**PLAINTIFFS' MOTION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by their undersigned counsel, hereby move for an extension of time to file a motion for default judgment.

1. On May 25, 2005, plaintiffs filed a Complaint in this action.

2. On August 8, 2005, Defendant not having answered the Complaint, Plaintiffs filed for default.

3. On August 9, 2005, the Clerk of this Court entered default against Defendant for failure to file an Answer to the Complaint.

4. Plaintiffs, through their agent, the independent accounting firm of Calibre CPA Group, PLLC had sought to conduct an examination ("audit") of Defendant's

books and records in order to determine the total of any delinquent fringe benefit contributions payable to Plaintiffs by Defendant. The audit has now been scheduled for September 27, 2005.

5. Accordingly, Plaintiffs hereby seek an extension of sixty (60) days until November 8, 2005, to complete the audit. If settlement cannot be reached between the Parties on the basis of the audit findings prior to that date, Plaintiffs shall file a Motion for Default Judgment.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting an extension of sixty (60) days until November 8, 2005, for Plaintiffs to file either a Motion for Default Judgment or, in the event of settlement, a Notice of Dismissal in this action.

Respectfully submitted,

Dated: September 12, 2005

By _____
Ira R. Mitzner
  DC Bar No. 184564
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
(202) 785-9700

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to file a Motion for Default Judgment was served by first-class mail, postage prepaid, on the  12  day of  September, 2005 upon:

Mainini Tile Company, Inc.
16624 Chesterfield Airport Road
St. Louis, MO  63017

*Andrea Newell*
Andrea Newell