IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05-1051 |
| | ) Judge: Emmet G. Sullivan |
| MAININI TILE COMPANY, INC., | ) |
| Defendant. | ) |

### ORDER

Upon consideration of Plaintiffs' Motion for an extension of time to file a Motion for Default Judgment, or in the event of settlement a Notice of Dismissal, and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED**, that Plaintiffs be granted an extension of time until November 8, 2005, to file a Motion for Default Judgment or a Notice of Dismissal in this action.


**SO ORDERED**, this _____ day of _____, 2005.


Emmet G. Sullivan
United States District Court Judge

DSMDB.1978471.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05–1051 (EGS) |
| MAININI TILE COMPANY, INC., | ) |
| Defendant. | ) |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esquire
>DICKSTEIN SHAPIRO MORIN
>  & OSHINSKY LLP
>2101 L Street, N.W.
>Washington, D.C.  20037-1526
>
>Mainini Tile Company, Inc.
>16624 Chesterfield Airport Road
>St. Louis, MO  63017