# Exhibit C

## Newell, Andrea

**From:**     Mitzner, Ira

**Sent:**     Tuesday, August 09, 2005 11:36 AM

**To:**     Newell, Andrea

**Subject:** FW: Activity in Case 1:05-cv-01051-EGS FLYNN et al v. MAININI TILE COMPANY INC "Clerk's Entry of Default"

-----Original Message-----
**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Tuesday, August 09, 2005 11:25 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-01051-EGS FLYNN et al v. MAININI TILE COMPANY INC "Clerk's Entry of Default"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from td, entered on 8/9/2005 at 11:24 AM and filed on 8/9/2005

**Case Name:**     FLYNN et al v. MAININI TILE COMPANY INC

**Case Number:**     1:05-cv-1051

**Filer:**     MAININI TILE COMPANY INC

**Document Number:** 4

**Docket Text:**
Clerk's ENTRY OF DEFAULT as to MAININI TILE COMPANY INC (td, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\Davis\05-1051.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/9/2005] [FileNumber=850331-0] [
2c2f767cd99e937e0608e1b1cab0c1da2a49a839274ac21e6c65546d2ee2024752275e
585a5f402f65ac30e0d615701f8f9e746141c8ce17fe534d117b70c0f4]]

**1:05-cv-1051 Notice will be electronically mailed to:**

Ira R. Mitzner     mitzneri@dsmo.com, mehlerc@dsmo.com;palmerj@dsmo.com;marburyr@dsmo.com

**1:05-cv-1051 Notice will be delivered by other means to:**

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
_____
       **Plaintiff(s)**

         V.

Civil Action No.  05-1051 EGS
_____

MAININI TILE COMPANY INC
_____
       **Defendant(s)**

RE:  **MAININI TILE COMPANY INC**

### DEFAULT

It appearing that the above-named    defendant has    failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on            7/7/05          , and an affidavit on behalf of the plaintiff having been filed, it is this 9th   day of ___July___ , 2005 declared that:  defendant is    in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Samara Davis_
_____
       Deputy Clerk