IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br>          Plaintiffs, <br><br> v. <br><br> MAININI TILE COMPANY, INC., <br><br>          Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1051 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendant on July 7, 2005, and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $8,657.78, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

1.    That Plaintiffs John Flynn, Dominic Spano, Kenneth Lambert, James Boland, Gerald O'Malley, Joseph Bramlett, Paul Songer, Charles Velardo, Eugene George, Matthew Aquiline, Gregory Hess, Vincent Delazzero and Michael Schmerbeck,

all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street NW, 5th Floor, Washington, D.C. 20006, recover from Defendant, Mainini Tile Company, Inc., 16624 Chesterfield Airport Road, St. Louis, MO 63017, the amount due of $8,657.78;

2. That Mainini Tile Company, Inc. be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

3. That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Mainini Tile Company, Inc.; and

4. That Mainini Tile Company, Inc. comply with its obligation to make timely and full contributions to the IPF.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: 12/18/, 2005

Emmet G. Sullivan
United States District Judge

2

DSMDB.1977468.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05–1051 (EGS) |
| ) | |
| MAININI TILE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esquire
> DICKSTEIN SHAPIRO MORIN
>   & OSHINSKY LLP
> 2101 L Street, N.W.
> Washington, D.C.  20037-1526
>
> Mainini Tile Company, Inc.
> 16624 Chesterfield Airport Road
> St. Louis, MO  63017