IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-1051 (EGS) |
| MAININI TILE COMPANY, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, Mainini Tile Company Inc., without prejudice.

January 25, 2006

*[signature]*
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, N. W.
Washington, D.C. 20037-1526

Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 05–1051 (EGS)<br>) |
| MAININI TILE COMPANY, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    DICKSTEIN SHAPIRO MORIN
     & OSHINSKY LLP
    2101 L Street, N.W.
    Washington, D.C. 20037-1526

    Mainini Tile Company, Inc.
    16624 Chesterfield Airport Road
    St. Louis, MO 63017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served by first-class mail, postage prepaid, on the __26__ day of __January__, 2006 upon:

> Mainini Tile Company, Inc.
> 16624 Chesterfield Airport Road
> St. Louis, MO 63017

_Andrea Newell_
Andrea Newell